Certificate Number: 05781-ILN-DE-033751246

Bankruptcy Case Number: 19-23942



05781-ILN-DE-033751246

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 25, 2019</u>, at <u>7:23</u> o'clock <u>PM PST</u>, <u>Sam Buchbinder</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:   <u>November 25, 2019</u>

By:   <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>